**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr., Esq. (SBN 155133)
  tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile: 916.925.1127

**ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, FORMATO, FERRARA,
WOLF & CARONE, LLP**
Seth L. Berman, Esq. (*pro hac vice admission to be requested*)
  sberman@abramslaw.com
3 Dakota Drive, Suite 300
Lake Success, NY 11042
Telephone: 516.328.2300
Facsimile: 516.328.6638

Attorneys for Plaintiff YELLOWCAKE, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLATINO RECORDS, INC., a California corporation, ANTOINE MUSIC, INC, a California corporation, ALBERTO MITCHELL and MARIA MITCHELL, <br><br> Defendants. | Case No.: <br><br> **PLAINTIFF'S COMPLAINT AND JURY DEMAND** <br><br> Judge: |

Plaintiff Yellowcake, Inc. ("Plaintiff" or "Yellowcake"), through its undersigned attorneys alleges the following against Defendants:

///

1
**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

Hefner, Stark & Marois, LLP
2150 River Plaza Drive, Suite 450
Sacramento, California 95833
Phone: (916) 925-6620 / Fax: (916) 925-1127

## NATURE OF THE ACTION

1. By this complaint, Yellowcake, a California corporation that owns, holds and exploits intellectual property, seeks redress for Defendants' direct and contributory infringement of Yellowcake's copyrighted works. Yellowcake alleges that Defendants willfully and intentionally infringed its rights in forty-eight (48) copyrighted sound recordings registered with the United States Copyright Office ("Yellowcake's Copyrighted Works").

2. Defendants exploited Yellowcake's Copyrighted Works by, inter alia, the unauthorized reproduction, sale, synchronization, distribution and public performance via digital transmission on online platforms, including without limitation iTunes, Apple Music, Spotify, Amazon Music and www.YouTube.com ("YouTube"). As a result, Defendants benefitted from and continue to benefit from said unauthorized exploitations of Yellowcake's Copyrighted Works. Despite being on notice of their infringement, Defendants refused to remedy their wrongdoing, leaving Yellowcake no alternative but to bring this action.

## JURISDICTION AND VENUE

3. This is a civil action in which Plaintiff seeks monetary damages and injunctive relief against Defendants for copyright infringement under the copyright laws of the United States: 17 U.S.C. §101 et seq.

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question jurisdiction); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has supplemental jurisdiction over all common law claims pursuant to 28 U.S.C. § 1367.

6. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and (d) and 28 U.S.C. § 1400(a), in that the Defendants or their agents are conducting business in this District, Yellowcake is located in, and conducts business in, this District, and a substantial part of the acts of infringement complained of herein occurred in this District.

## PARTIES

7. Plaintiff is a California corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California, County of Stanislaus.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant Platino Records, Inc. ("Platino") is a corporation for profit duly organized and existing under the laws of the State of California with its principal place of business in the State of California, County of Los Angeles.

9. Plaintiff is informed and believes, and thereon alleges, that Platino is in the business of selling and distributing music.

10. Plaintiff is informed and believes, and thereon alleges, that Platino is owned and/or controlled by Defendant Alberto Mitchell ("A. Mitchell").

11. Plaintiff is informed and believes, and thereon alleges, that Defendant Antoine Music, Inc. ("Antoine") is a corporation for profit duly organized and existing under the laws of the State of California with its principal place of business in the State of California, County of Los Angeles.

12. Plaintiff is informed and believes, and thereon alleges, that Antoine is in the business of selling and distributing music.

13. Plaintiff is informed and believes, and thereon alleges, that Antoine is a California corporation owned by Maria Mitchell ("M. Mitchell").

14. Plaintiff is informed and believes, and thereon alleges, that A. Mitchell and M. Mitchell are married individuals residing in Los Angeles County, California.

## FACTUAL ALLEGATIONS

15. Plaintiff is primarily engaged in the business of intellectual property rights ownership, management and exploitation, including, but not limited to, digital music distribution.

16. Yellowcake or its predecessor in interest has always owned, maintained, and controlled the exclusive, true, and valid copyrights in Yellowcake's Copyrighted Works.

17. Yellowcake has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. § 101 et seq. Yellowcake has registered the sound recordings with the United States Copyright Office and was issued a Certificate of Registration for each copyrighted sound recording that comprises Yellowcake's Copyrighted Works.

18. The copyright registration information for each of Yellowcake's Copyrighted Works is annexed hereto as **Exhibit "A"**.

19. All of Yellowcake's Copyrighted Works are and were published with a copyright notice.

20. Yellowcake is informed and believes, and thereupon alleges, that the Defendants have engaged in a number of unauthorized exploitations of Yellowcake's Copyrighted Works in violation of Yellowcake's exclusive rights under 17 U.S.C. § 106 including, but not limited to, the sale, reproduction, distribution, and public performance of Yellowcake's Copyrighted Works on the iTunes, Apple Music, Spotify, Amazon Music and YouTube platforms without Yellowcake's authorization.

21. Yellowcake is informed and believes, and thereupon alleges, that Defendants created and/or uploaded, or caused to be created and/or uploaded, videos containing unauthorized derivative works of Yellowcake's Copyrighted Works to YouTube.

## FIRST CAUSE OF ACTION

### Copyright Infringement Under 17 U.S.C. § 101 *et seq.*

**(Against All Defendants)**

22. Plaintiff incorporates the allegations set forth in paragraphs 1 through 21 hereof, as though the same were set forth herein.

23. This cause of action arises under 17 U.S.C. § 501.

24. Each of the sound recordings and albums comprising the Yellowcake Copyrighted Works was registered with the United States Copyright Office either by Yellowcake or by its predecessor-in-interest.

25. At all times relevant, Yellowcake, or its predecessor-in-interest, has owned Yellowcake's Copyrighted Works and has been the only owner of the exclusive rights

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

provided under 17 U.S.C. §106.

26. The Yellowcake Copyrighted Works are sound recordings and are original works of authorship constituting copyrightable subject matter within the meaning of 17 U.S.C. §102.

27. Defendants infringed Yellowcake's Copyrighted Works by reproducing, selling, synchronizing, distributing, publicly performing, and making derivative works of Yellowcake's Copyrighted Works without authorization from Yellowcake.

28. By reproducing, selling, synchronizing, distributing, making derivative works of, and publicly performing by means of digital transmission videos containing Yellowcake's Copyrighted Works, Defendants' acts violate Yellowcake's exclusive rights under 17 U.S.C. § 106.

29. Yellowcake has never granted Defendants the right, or otherwise authorized, Defendants to exploit Yellowcake's Copyrighted Works.

30. Yellowcake is informed and believes, and thereupon alleges, that Defendants had actual knowledge that Yellowcake was the lawful owner of the Yellowcake Copyrighted Works.

31. Yellowcake is informed and believes, and thereupon alleges, that Defendants had actual knowledge that they did not have the rights to exploit the Yellowcake Copyrighted Works.

32. Defendants had actual or constructive awareness that their unauthorized use of Yellowcake's Copyrighted Works constituted infringement of Yellowcake's Copyrighted Works. Alternatively, Defendants' acts of infringement resulted from a reckless disregard for, or willful blindness to, Yellowcake's rights.

33. Yellowcake is entitled to an injunction restraining Defendants, their officers, directors, agents, employees, representatives, and all persons acting in concert with them, from further engaging in such acts of copyright infringement.

34. Pursuant to 17 U.S.C.§ 504, Yellowcake is further entitled to recover from Defendants actual damages or up to One Hundred Fifty Thousand Dollars

5
**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

($150,000.00) in statutory damages for each work infringed by Defendants.

35. Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover from Defendants the reasonable attorneys' fees and legal costs incurred as a result of Defendants' acts of copyright infringement.

36. Upon information and belief, Yellowcake is entitled to damages not readily ascertainable but believed to be in excess of Seven Million Fifty Thousand Dollars ($7,050,000).

## SECOND CAUSE OF ACTION
### Injunctive Relief
### (Against All Defendants)

37. Plaintiff incorporates the allegations set forth in paragraphs 1 through 36 hereof, as though the same were set forth herein.

38. By reason of Defendants' continued willful infringement, Yellowcake has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in Yellowcake's Copyrighted Works.

39. The conduct of Defendants is currently causing and, unless enjoined and restrained by this Court, will continue to cause Yellowcake great and irreparable injury that cannot fully be compensated or measured in money. Yellowcake has no adequate remedy at law.

40. Pursuant to 17 U.S.C. §§ 502 and 503, Yellowcake is entitled to injunctive relief prohibiting Defendants from further infringing Yellowcake's copyrights, and ordering Defendants to destroy all copies of Yellowcake's Copyrighted Works in their possession.

## THIRD CAUSE OF ACTION
### Contributory Copyright Infringement
### (Against all Defendants)

41. Plaintiff incorporates the allegations set forth in paragraphs 1 through 40 hereof, as though the same were set forth herein.

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

42. Upon information and belief, each of the Defendants knowingly and systematically induced, caused, materially contributed to, had reason to know of and participated in, the infringement of Yellowcake's exclusive rights under 17 U.S.C. § 106 by the unauthorized reproduction, creation of derivative works, distribution and/or public performance by means of digital transmission of Yellowcake's Copyrighted Works.

43. At no time has Yellowcake, or any of its successors in interest, authorized Defendants or their individual owners, affiliates, subsidiaries and/or parent company to reproduce, sell, create derivatives of, distribute and/or perform by means of digital transmission any of Yellowcake's Copyrighted Works.

44. Defendants' infringement is presently ongoing and Defendants continue to engage in new unauthorized uses, distribution and exploitation of Yellowcake's Copyrighted Works.

45. Upon information and belief, through their actions and/or inaction, Defendants each knowingly induced, caused or materially contributed to copyright infringement by each other and each should be held liable as a contributory infringer.

46. Defendants each contributed to the violation of Yellowcake's rights under 17 U.S.C. § 501.

47. Pursuant to 17 U.S.C. § 504, Yellowcake is further entitled to recover from Defendants actual damages or up to One Hundred Fifty Thousand Dollars ($150,000.00) in statutory damages for each work infringed by Defendants.

48. Pursuant to 17 U.S.C. § 505, Yellowcake is further entitled to recover from Defendants the reasonable attorneys' fees and legal costs Yellowcake has incurred as a result of Defendants' acts of contributory copyright infringement.

49. Upon information and belief, Yellowcake is entitled to damages not readily ascertainable but believed to be in excess of Seven Million Fifty Thousand Dollars ($7,050,000).

///

# **PRAYER**

WHEREFORE, Plaintiff prays for judgment as follows:

First Cause of Action:

1. For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial.

2. For exemplary or punitive damages in an amount to be established at trial according to proof.

3. For Plaintiff's costs in this action.

4. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

5. For such other and further relief as the Court may deem just and proper.

Second Cause of Action:

1. For a temporary, preliminary and permanent injunction providing: "Defendants shall be and hereby are enjoined from directly or indirectly infringing upon Yellowcake's rights under federal or state law in Yellowcake's Copyrighted Works and any sound recording, whether now in existence or later created, that is owned or controlled by Yellowcake (or any parent, subsidiary, or affiliate record label of Yellowcake) including without limitation using the Internet, any media distribution system or any other means to reproduce, download or other obtain possession of any of Yellowcake's Copyrighted Works; or to distribute, upload or otherwise make any of Yellowcake's Works available for distribution to the public, except pursuant to a lawful license or with the express written authority of Yellowcake. Defendants also shall destroy all copies of Yellowcake's Copyrighted Works that Defendants have downloaded, uploaded, maintained or stored maintained in any way, without Yellowcake's express written authorization and shall destroy all copies of Yellowcake's Copyrighted Works transferred onto any physical medium or device in Defendants' possession, custody, or control."

2. For Plaintiff's costs in this action.

8
**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTORY INFRINGMENT, INJUNCTIVE RELIEF, AND JURY DEMAND**

3. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

4. For such other and further relief as the Court may deem just and proper.

Third Cause of Action:

1. For actual or statutory damages for each of Yellowcake's Copyrighted Works infringed pursuant to 17 U.S.C. § 504, in an amount to be elected and proven at the time of trial.

2. For exemplary or punitive damages in an amount to be established at trial according to proof.

3. For Plaintiff's costs in this action.

4. For Plaintiff's reasonable attorneys' fees incurred herein pursuant to statute.

5. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all issues so triable.

Dated: June 8, 2020

Respectfully submitted,

**HEFNER STARK & MAROIS, LLP**

By: _____
Thomas P. Griffin, Jr., Esq.
Attorneys for Plaintiff Yellowcake

# EXHIBIT A

| REGISTRATION NUMBER | REGISTRATION DATE | TITLE |
| --- | --- | --- |
| SR0000039973 | 6/14/1982 | Los Bondadosos |
| SR0000065916 | 9/27/1985 | Porque me haces sufrir / [compositor de todas las canciones, Gabriel Garcia ; performed by] los Bondadosos |
| SR0000649921 | 4/30/2010 | 30 Super Exitos : Los Bondadosos |
| SR0000136769 | 12/13/1991 | El disco de oro de Los Bondadosos |
| SR0000065917 | 9/27/1985 | Jugando con lumbre |
| SR0000049655 | 11/9/1983 | Por que te querre yo tanto? |
| SR0000149920 | 9/18/1991 | Como siempre, amigos |
| SR0000042875 | 10/28/1982 | Parrandero/Tus caricias / [performed by] La Migra |
| SR0000865011 | 2/11/2020 | 20 De Recuerdo [performed by] Los Primos De Durango |
| SR0000049655 | 11/9/1983 | Por que te querre yo tanto? |
| SR0000864792 | 2/28/2020 | Tal Vez [performed by] Los Primos De Durango |
| SR0000131983 | 6/6/1991 | Un Angel no debe llorar |
| SR0000313363 | 5/3/2002 | 15 exitos / La Tropa Chicana |
| SR0000021131 | 9/29/1980 | Celos de ti / [performed by] Grupo La Migra |
| SR0000360966 | 9/24/2004 | De durango ... los primeros / los Bondadosos |
| SR0000065916 | 9/27/1985 | Porque me haces sufrir / [compositor de todas las canciones, Gabriel Garcia ; performed by] los Bondadosos |
| PA0000867902 | 11/19/1997 | 15 grandes exitos |
| SR0000201144 | 2/3/1997 | Grupo "Vennus" 15 exitos |
| SR0000021132 | 9/29/1980 | Pajarillo enamorado y Negra cruz |
| SR0000019385 | 7/30/1980 | Aguas--La Migra |
| SR0000039973 | 6/14/1982 | Los Bondadosos |
| SR0000049271 | 6/8/1983 | Cruzando fronteras |
| SR0000341331 | 12/2/2002 | Epoca de oro / La Tropa Chicana & La Migra |
| SR0000229048 | 12/2/1996 | No me hagas menos / La Tropa Chicana |
| SR0000066629 | 12/3/1984 | Chicanas de oro varios artistas volumen dos |
| SR0000228976 | 12/2/1996 | Donde caigo / Banda la Tropa Chicana |
| SR0000021131 | 9/29/1980 | Celos de ti / [performed by] Grupo La Migra |
| SR0000303509 | 11/13/2001 | 15 exitos / la Migra |
| SR0000201144 | 2/3/1997 | Grupo "Vennus" 15 exitos |
| SR0000019385 | 7/30/1980 | Aguas--La Migra / [performed by] La Migra |
| SR0000065916 | 9/27/1985 | Porque me haces sufrir / [compositor de todas las canciones, Gabriel Garcia ; performed by] los Bondadosos |
| SR0000315434 | 7/26/2002 | Grupo Vennus de Aguililla, Michoacan |
| SR0000229638 | 12/2/1996 | Una limosna |
| SR0000228985 | 12/2/1996 | Cicatrices / la Tropa Chicana |
| SR0000229637 | 12/2/1996 | 15 favoritas / la Tropa Chicana |
| SR0000313363 | 5/3/2002 | 15 exitos / La Tropa Chicana |
| SR0000042875 | 10/28/1982 | Parrandero/Tus caricias / [performed by] La Migra |
| SR0000039973 | 6/14/1982 | Los Bondadosos |
| PA0000867902 | 11/19/1997 | 15 grandes exitos |
| SR0000065917 | 9/27/1985 | Jugando con lumbre / autor de todas las canciones, Gabriel Garcia ; [performed by] los Bondadosos |
| SR0000229048 | 12/2/1996 | No me hagas menos / La Tropa Chicana |
| SR0000229014 | 12/2/1996 | Melancolia / Vennus, Grupo |
| SR0000055209 | 7/18/1984 | Maldito vicio / [performed by] La Migra. |
| SR0000049655 | 11/9/1983 | Por que te querre yo tanto? / [Performed by] Los Bondadosos |
| SR0000021132 | 9/29/1980 | Pajarillo enamorado y Negra cruz / [performed by] La Migra |
| SR0000229047 | 12/2/1996 | Inolvidable / Grupo Vennus |
| SR0000649921 | 4/30/2010 | Serie Diamante: 30 Super Exitos, Artist: Los Bondadosos |