# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PLATINO RECORDS, INC., a California corporation, ANTOINE MUSIC, INC, a California corporation, ALBERTO MITCHELL and MARIA MITCHELL, <br><br> Defendants. | **Case No. 1:20-cv-00796-AWI-SKO** <br><br> (Senior U.S. District Judge Anthony W. Ishii) <br> (U.S. Magistrate Judge Sheila K. Oberto) <br><br> **ORDER CONTINUING SCHEDULING CONFERENCE** <br><br> **(Doc. 17)** |

Upon reviewing the stipulation entered into between Plaintiff, Yellowcake, Inc. ("Plaintiff") and Defendants, Platino Records, Inc., Antoine Music, Inc., Alberto Mitchell and Maria Mitchell ("Defendants") (collectively, the "Parties") (Doc. 17), through their respective attorneys of record, and good cause appearing,

IT IS ORDERED that that Initial Scheduling Conference currently scheduled for January 21, 2021, is CONTINUED to **February 18, 2021, at 9:30 A.M.**, to allow the parties to finalize their settlement documents. The Court further ORDERS that, by no later than February 11, 2021, the parties shall jointly file either a notice of settlement, a stipulation to continue the scheduling conference supported by good cause, or an updated scheduling conference report.

IT IS SO ORDERED.

Dated:  **January 14, 2021**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE