UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLATINO RECORDS, INC., et. al., <br><br> Defendants. | Case No.  1:20-cv-00796-AWI-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 20) |

On February 16, 2021, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 20.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 17, 2021**              /s/ *Sheila K. Oberto*            
                                                               UNITED STATES MAGISTRATE JUDGE